**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No.  12-cv-01184-REB-BNB

ANTHONY CISNEROS,

     Plaintiff,

v.

ACCOUNT BROKERS OF LARIMER COUNTY, INC., and
SCOTT M. ALLELY, in his personal capacity,

     Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

     The matter before me is the **Stipulated Motion To Dismiss with Prejudice**

[#18] filed December 10, 2012.  After careful review of the stipulated motion and the file,

I conclude that the motion should be granted and that this action should be dismissed

with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulated Motion To Dismiss with Prejudice** [#18] filed December

10, 2012, is **GRANTED**;

     2.  That the **Defendants Account Brokers of Larimer County, Inc. And Scott**

**M. Allely's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56** [#17] filed

November 19, 2012, is **DENIED AS MOOT**;

     3.  That the Final Pretrial Conference and Trial Preparation Conference set for

April 19, 2013, is **VACATED**;

4.   That the jury trial set to commence on May 6, 2013, is **VACATED**; and

5.   That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

Dated December 11, 2012, at Denver, Colorado.

**BY THE COURT**:

Robert E. Blackburn
United States District Judge