IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 12-cv-01184-REB-BNB

ANTHONY CISNEROS,

    Plaintiff,

v.

ACCOUNT BROKERS OF LARIMER COUNTY, INC., and
SCOTT M. ALLELY, in his personal capacity,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss with Prejudice** [#18] filed December 10, 2012. After careful review of the stipulated motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss with Prejudice** [#18] filed December 10, 2012, is **GRANTED**;

2. That the **Defendants Account Brokers of Larimer County, Inc. And Scott M. Allely's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56** [#17] filed November 19, 2012, is **DENIED AS MOOT**;

3. That the Final Pretrial Conference and Trial Preparation Conference set for April 19, 2013, is **VACATED**;

4. That the jury trial set to commence on May 6, 2013, is **VACATED**; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 11, 2012, at Denver, Colorado.

**BY THE COURT**:

Robert E. Blackburn
United States District Judge

2